# United States Court of Appeals
## For the First Circuit

No. 06-2719

UNITED STATES OF AMERICA,
Appellee,

v.

WILFREDO FELICIANO RODRIGUEZ,
Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 13, 2008, is amended as follows:

On page 30, line 11, replace "posses" with "possess"